No. 96–1436. DE WIEST v. DEHAENE ET AL., 520 U. S. 1170. Motion of petitioner for leave to proceed further herein *in forma*

944

*pauperis* granted. Motion for leave to file petition for rehearing denied.